UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☒ Benton    ☐ East St. Louis        ☐ Contested  ☒ Uncontested

**MINUTES OF DISPOSITION**

USA v. <u>ALEXIS CHRIST</u>                                    Criminal No. <u>4:05CR40037-001-JPG</u>

Defense Counsel: <u>Duane P. Verity</u>                         Judge: <u>J. Phil Gilbert, District Judge</u>

Government Counsel: <u>George Norwood, AUSA</u>             Date:  <u>09/19/2005</u>

Reporter: Jane McCorkle                    Deputy: K. Jane Reynolds                    Time: 30 minutes

_____

__✗__    COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL <u>NOT</u> HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: <u>The Court grants in part and denies in part the defendant's objection to PSR.</u>

**TOTAL AMOUNT OF    CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS  OFFENSE LEVEL**:   <u>10</u>

**CRIMINAL HISTORY CATEGORY**:   <u>1</u>

**SENTENCE RANGE**: <u>6 to 12 months (1-5 years probation)</u>        **FINE RANGE**: <u>$2,000.00 to $20,000.00</u>

                ☒  COURT ACCEPTS PLEA AGREEMENT        ☐  COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES: <u>Alexander Christ</u>

GOVERNMENT WITNESSES:

MOTION  FOR DOWNWARD DEPARTURE BY        ☐ GRANTED      ☐ DENIED

DEPARTURE TO:

OFFENSE LEVEL:                    CRIMINAL HISTORY CATEGORY:

        ☐  CUSTODY OF ATTORNEY GENERAL        ☐  CUSTODY OF BUREAU OF PRISONS

**SENTENCE**: <u>5 years probation</u>  TOTAL  MONTHS ON COUNT(S) <u>1 of the Information</u>;  ☐ ALL COUNTS TO RUN CONCURRENT WITH

EACH OTHER;

**UPON RELEASE FROM IMPRISONMENT, DEFENDANT ON**

**SUPERVISED RELEASE  0**  TOTAL YEARS ON COUNT(S);  ;  ☐ ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER

**Conditions of Supervision/Probation:**

☐   Within 72 hours of release from BOP, defendant to report to Probation in District released.

☒   Defendant shall not commit any further crimes.

☒   Defendant shall not possess firearm or other destructive device.

☒   Defendant shall not illegally possess any controlled substances.

☐   Defendant to participate in substance abuse program approved by Probation.

Other:

X   The defendant shall spend the first three months in a half-way house as directed by probation.

X   The defendant shall spend 3 months in home detention once she has completed her half-way house

program.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X   The defendant shall participate in credit counseling as directed by the probation officer.

X   The defendant shall participate in a program of mental health treatment, as directed by the probation

officer, until such time as the defendant is released from the program by the probation officer.

X   The defendant shall not incur new credit charges or open additional lines of credit without the approval

of the probation officer.

X   The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid

at the commencement of the term of probation.  The defendant shall pay the restitution in installments of

$400.00 per month or ten percent of her net monthly income, whichever is greater.

X   The defendant shall provide the probation officer and the Financial Litigation Unit of the United States

Attorney's Office with access to any requested financial information.  The defendant is advised that the

probation office may share financial information with the Financial Litigation Unit.

X   The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments

and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial

obligation.  The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

☐    Defendant shall submit within__ for drug urinalysis.

☐    Defendant fined a total of   0_  on  Count(s) ;.  Interest waived on restitution

☐    Fine to be paid from prison earnings, or while defendant is on supervised release.

☒    Special Assessment of   $100.00   on Count(s) 1 of the Information due immediately.

☒    Restitution is ordered in the amount of $18,318.17  to be paid to:   Department of Veterans Affairs

☒    Court finds defendant's financial condition is such that he is unable to:

     ☐ pay restitution,  ☒ pay a fine,  ☐ pay costs of incarceration or supervision, and they are WAIVED

☒    Defendant advised of right to appeal.

☐    Recommendation __

BOND:  ☐ REVOKED  ☐ REMANDED  ☐ CONTINUED and  Defendant to voluntarily surrender as notified  by  United States Marshal to designated institution;   or  ☐ surrender to United States Marshal on

☐    Counts(s) dismissed on Motion of Government

CR08
(12/99)