AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **ILLINOIS**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| MARIA ANN WINCHESTER | |

Case Number: 4:05CR40003
USM Number: 06366-025

Judith a. Kuenneke, FPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) _as alleged in petition_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Obtaining Controlled Substance by Fraud. | 8/16/2007 |
| Statutory | The defendant unlawfully possessed a controlled substance | 8/16/2007 |
| Standard # 2 | The defendant failed to file written report timely or at all | 12/31/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 1974

Defendant's Residence Address:

Nashville, IL

Defendant's Mailing Address:

Same as above

10/26/2007
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert        District Judge
Name of Judge        Title of Judge

October 31, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 3

DEFENDANT: MARIA ANN WINCHESTER
CASE NUMBER: 4:05CR40003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

4 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☑ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
              Sheet 3C — Supervised Release

DEFENDANT:  MARIA ANN WINCHESTER
CASE NUMBER:  4:05CR40003

Judgment—Page  3  of  3

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall spend the first 6 months in a Residential Treatment Facility as directed by probation.

The defendant shall participate in a program of mental health treatment as directed by probation

The defendant shall participate as directed and approved by the probation officer in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.  Drug tests shall not exceed 52 tests in a one year period.  any participation will require complete abstinence from all alcoholic beverages.  the defendatn shll pay for the costs associated with substance abuse counseling and/ or testing based on a copay sliding fee scale approved by the united States Probation Office.  Copay shall never exceed the total costs of counseling.